**Tynisha Latrice REINERIO**
**Plaintiff–Appellant**

v.

**THE BANK OF NEW YORK MELLON,**
formerly known as The Bank of New
York; Bank of America, N.A.; South-
law P.C. Defendants–Appellees

No. 16-1181

United States Court of Appeals,
Eighth Circuit.

Submitted: August 23, 2016

Filed: August 26, 2016

Tynisha L. Reinerio, Overland Park, KS,
pro se.

David L. Boman, SouthLaw, P.C., Over-
land Park, KS, for appellee SouthLaw,
P.C.

Stephanie C. Bradshaw, James D. Law-
rence, Jennifer L. Berhorst, Thomas E.
Nanney, Bryan Cave, LLP, Kansas City,
MO, for appellee Bank of America, N.A.

Andrew R. Kasnetz, Clayton G. Kuhn,
Sandberg Phoenix & von Gontard, St.
Louis, MO, Ross A. Boden, Sandberg
Phoenix & von Gontard, Kansas City, MO,
for appellee The Bank of New York Mel-
lon.

Before LOKEN, BENTON, and
KELLY, Circuit Judges.

PER CURIAM.

Tynisha Reinerio appeals after the dis-
trict court[1] dismissed her complaint. On
appeal, she argues that the district court
erred by denying her motion for remand
because it lacked jurisdiction, by dismiss-
ing her claims, and by denying motions to
compel discovery. Reinerio also files mo-
tions to exclude certain evidence from the
appellate record.

First, upon de novo review, we conclude
that removal was proper. See Block v.
Toyota Motor Corp., 665 F.3d 944, 947–48
(8th Cir. 2011) (standard of review; de-
scribing fraudulent joinder standard). Sec-
ond, we find no reason to reverse the
dismissal order, as Reinerio failed to allege
sufficient facts in her amended complaint
to state a claim. See Anderson–Tully Co. v.
McDaniel, 571 F.3d 760, 762 (8th Cir. 2009)
(standard of review); see also Ashcroft v.
Iqbal, 556 U.S. 662, 678, 129 S.Ct. 1937,
173 L.Ed.2d 868 (2009) (pleading that of-
fers labels and conclusions, formulaic reci-
tation of elements of cause of action, or
tenders naked assertions devoid of further
factual enhancement does not suffice).
Third, we conclude that the district court
did not grossly abuse its discretion by
denying Reinerio's discovery motions. See
Roberts v. Shawnee Mission Ford, Inc. 352
F.3d 358, 360 (8th Cir. 2003) (standard of
review).

In conclusion, we deny Reinerio's mo-
tions, see Fed. R. App. P. 10(a) (listing
items that constitute record on appeal, in-
cluding original papers and exhibits filed in

1. The Honorable Fernando J. Gaitan, Jr.,
United States District Judge for the Western

District of Missouri.

district court), and we affirm, <u>see</u> 8th Cir. R. 47B.